IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : 1:24CR94-1 |
| MERISSA COLLINS WALL,<br>also known as Merissa Faye Collins,<br>Merissa Faye Wall, and "Rissa" | : |

The United States Attorney charges:

From on or about December 13, 2021, continuing up to and including on or about December 13, 2022, the exact dates unknown, in the County of Montgomery, in the Middle District of North Carolina, and elsewhere, MERISSA COLLINS WALL, also known as Merissa Faye Collins, Merissa Faye Wall, and "Rissa", did unlawfully and knowingly manage and control, either permanently or temporarily, a residence and property located at 602 Martin Street, Biscoe, North Carolina, as an owner, lessee, agent, and occupant, and did knowingly and intentionally rent, lease, profit from, and make available for use, said place for the purpose of unlawfully manufacturing, storing, distributing, and using a controlled substance, that is,

methamphetamine and fentanyl, both Schedule II controlled substances, within the meaning of Title 21, United States Code, Section 812; in violation of Title 21, United States Code, Section 856(a)(2).

DATED: March 25, 2024

SANDRA J. HAIRSTON
United States Attorney

*(signature)*

BY: TERRY M. MEINECKE
Assistant United States Attorney

*(signature)*

BY: CRAIG M. PRINCIPE
Assistant United States Attorney